UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEWAYNE GEE,

    Plaintiff,

v.

JP MORGAN CHASE BANK, et al.,

    Defendants.

Case No. 25-cv-11598

Honorable Robert J. White
Magistrate Judge Elizabeth A. Stafford

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is Magistrate Judge Elizabeth A. Stafford's December 15, 2025 report and recommendation. (ECF No. 21). The report recommended that the Court grant Defendants' respective motions to dismiss Plaintiff's claims. (ECF Nos. 13, 16). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's December 15, 2025 report and recommendation (ECF No. 21) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants' respective motions to dismiss (ECF Nos. 13, 16) are granted.

IT IS FURTHER ORDERED that this action is dismissed with prejudice.

Dated: December 30, 2025                     s/Robert J. White
                                             Robert J. White
                                             United States District Judge